# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

In re: Kenneth Alan Ralphs and Camille C Ralphs

         Debtors

Case No.

Chapter 7

## PAYMENT ADVICES[1] CERTIFICATION

Under 11 U.S.C. § 521(a)(1)(B)(iv), I,[2] ,hereby state as follows (select one ):

  ☒ 1. I have attached hereto, or previously filed with the Court, copies of **all** payment advices or other evidence of payment received from any employer within 60 days before the date of the filing of my bankruptcy petition.

  ☐ 2. I did not receive any payment advices or other evidence of payment at any point during the 60 days before the date of the filing of my bankruptcy petition.

  ☐ 3. I received payment advices from an employer during the 60 days before the date of the filing of my bankruptcy petition but have been unable to locate all of the documents or replacements. I understand that if I do not submit all payment advices or other evidence of payment within 45 days from the filing of my bankruptcy petition, my case wil be **automatically dismissed without further notice** or hearing.

I declare under penalty of perjury that the foregoing statement is true and correct to the best of our knowledge, information and belief.

Dated this  27  day of  January , 2010 .

                  /s/ Kenneth Alan Ralphs
                  (Signature of Debtor)

---

1. A "Payment Advice" includes, but not limited to, pay stubs attached to your paycheck, employer's statements of hours and earnings, deposit notifications, etc.

2. A separate form must be submitted by each debtor in a joint case.

**(Mail completed form to: U.S.B.C., 350 South Main Street, Salt Lake City, Utah 84101)**

**RELIANCE STANDARD**
Life Insurance Company

*a DELPHI company*

Policy:LTD118583        Provo School District
Claim Number:2009-03-10-0136-LTD-01 Examiner: Doody, Jennifer L.

Benefits are payable after an elimination period of 0120 days plus any periods
of interruption
This payment or voucher covers the period 12/29/2009 to 01/01/2010
Your benefit for the period 12/29/2009 to 01/01/2010 is $203.71 based
on your plan.

The following taxes have been deducted:
 FIT Withheld                    $8.80 for the period 12/29/2009 to 01/01/2010
 State Tax Withheld              $1.00 for the period 12/29/2009 to 01/01/2010
Your check amount is: $203.71

        Mail To:
        Ralphs,Kenneth
        1092 No. 800 W.
        Orem UT 84057

Policy:LTD118583          Provo School District
Claim Number:2009-03-10-0136-LTD-01 Examiner: Doody, Jennifer L.

Benefits are payable after an elimination period of 0120 days plus any periods
of interruption
This payment or voucher covers the period 11/29/2009 to 12/29/2009
Your benefit for the period 11/29/2009 to 12/29/2009 is $2037.07 based
on your plan.

The following taxes have been deducted:
 FIT Withheld                  $88.00 for the period 11/29/2009 to 12/29/2009
 State Tax Withheld            $10.00 for the period 11/29/2009 to 12/29/2009
Your check amount is: $2037.07

        Mail To:
        Ralphs,Kenneth
        1092 No. 800 W.
        Orem UT 84057

**RELIANCE STANDARD** Doc 8   Filed 01/29/10   Entered 01/29/10 12:42:38   Desc Main
Life Insurance Company                    Document       Page 4 of 9

a DELPHI company

Check No.   **0003487549**

Policy:LTD118583      Provo School District
Claim Number:2009-03-10-0136-LTD-01 Examiner: Doody, Jennifer L.

Benefits are payable after an elimination period of 0120 days plus any periods
of interruption
This payment or voucher covers the period 10/29/2009 to 11/29/2009
Your benefit for the period 10/29/2009 to 11/29/2009 is $2037.07 based
on your plan.

The following taxes have been deducted:
 FIT Withheld                $88.00 for the period 10/29/2009 to 11/29/2009
 State Tax Withheld          $10.00 for the period 10/29/2009 to 11/29/2009
Your check amount is: $2037.07




        Mail To:
        Ralphs,Kenneth
        1092 No. 800 W.
        Orem UT 84057

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

In re: Kenneth Alan Ralphs and Camille C Ralphs

        Debtors

Case No.

Chapter  7

## PAYMENT ADVICES[1] CERTIFICATION

Under 11 U.S.C. § 521(a)(1)(B)(iv), I,[2] _____ ,hereby state as follows (select one ):

☒   1. I have attached hereto, or previously filed with the Court, copies of **all** payment advices or other evidence of payment received from any employer within 60 days before the date of the filing of my bankruptcy petition.

☐   2. I did not receive any payment advices or other evidence of payment at any point during the 60 days before the date of the filing of my bankruptcy petition.

☐   3. I received payment advices from an employer during the 60 days before the date of the filing of my bankruptcy petition but have been unable to locate all of the documents or replacements. I understand that if I do not submit all payment advices or other evidence of payment within 45 days from the filing of my bankruptcy petition, my case wil be **automatically dismissed** without further notice or hearing.

I declare under penalty of perjury that the foregoing statement is true and correct to the best of our knowledge, information and belief.

Dated this __27__ day of __January_____ , 2010.

                          /s/ Camille C Ralphs _____

                          (Signature of Debtor)

---

1. A "Payment Advice" includes, but not limited to, pay stubs attached to your paycheck, employer's statements of hours and earnings, deposit notifications, etc.

2. A separate form must be submitted by each debtor in a joint case.

**(Mail completed form to: U.S.B.C., 350 South Main Street, Salt Lake City, Utah 84101)**

Payroll Check of 1/15/2010, Check # 7806475

https://wolfmm.provo.edu/employeeonline/functions/PayCheckInfo/PavChk.asp?Mode=v.

Go to End of Page

Go to Top of Page



CAMILE C RALPHS  EMP ID: 019496  DATE: 1/15/2010  PERIOD ENDING 1/15/2010  EFT NO. 07806475

| | GROSS | TAXABLE | NET PAY |
|---|---|---|---|
| CURRENT | 1,557.82 | 1,357.82 | 1,168.26 |
| YEAR TO DATE | 1,557.82 | 1,357.82 | 1,168.26 |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR | 81.0 | 18.90 | 1,530.90 | 1,530.90 |
| OTHER | 2.8 | 9.79 | 26.92 | 26.92 |

TAX INFO

| FILE STATUS | FEDERAL | STATE |
|---|---|---|
| | M | M |
| EXEMPTIONS | 0 | 0 |
| ADDL TAX | 0.00 | 0.00 |

| TAXES | Current | YTD |
|---|---|---|
| OASDI | 84.18 | 84.18 |
| SIT | 36.64 | 36.64 |
| FIT | 21.20 | 21.20 |
| MEDI | 19.69 | 19.69 |

| Pre-Tax Ded. | Current | YTD |
|---|---|---|
| FLEXREIM | 200.00 | 200.00 |

| After-Tax Ded. | Current | YTD |
|---|---|---|
| USFA | 24.60 | 24.60 |
| FSA ADMN | 3.25 | 3.25 |

| Employer Paid | Current | YTD |
|---|---|---|
| URS NCER | 221.52 | 221.52 |
| OASDI | 84.18 | 84.18 |
| 401K | 23.36 | 23.36 |
| MEDI | 19.69 | 19.69 |
| WC | 15.57 | 15.57 |
| LTD | 8.61 | 8.61 |
| LIFE/ADD | 1.59 | 1.59 |
| MEDICAL | 0.00 | 0.00 |

| LEAVE BALANCE TYPE | BALANCE BEGIN | EARNED | USED | USED YTD | BALANCE END |
|---|---|---|---|---|---|
| Sick Leave Balance | 141.12 | 0.00 | 0.00 | 0.00 | 141.12 |
| Personal Leave | 91.60 | 0.00 | 0.00 | | 91.60 |

### DIRECT DEPOSIT INFORMATION

| BANK | ACCOUNT | AMOUNT |
|---|---|---|
| 324377765 | ****1680 | 1,168.26 |

Return

https://wolfmtn.provo.edu/employeeonline/functions/PayCheckInfo/P…Chk.asp?Mode=V…

Payroll Check of 12/15/2009, Check # 7804538

12/14/2009 5:19 PM

Go to End of Page

Go to Top of Page

Return

**CAMILLE C RALPHS**   EMP ID: 019496   DATE: 12/15/2009   PERIOD ENDING   EFT NO. 07804538   12/31/09

| | GROSS | TAXABLE | NET PAY |
|---|---|---|---|
| CURRENT | 1,999.70 | 1,799.70 | 1,522.82 |
| YEAR TO DATE | 23,912.79 | 22,666.27 | 18,484.83 |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR | 104.3 | 18.90 | 1,970.33 | 23,341.53 |
| OTHER | 3.0 | 9.79 | 29.37 | 286.67 |
| STIPEND | | | | 100.00 |
| FIELDTRP | | | | 162.24 |
| SUB | | | | 22.35 |

**TAX INFO**

| | FILE STATUS | EXEMPTIONS | ADDL TAX |
|---|---|---|---|
| FEDERAL | M | 0 | 0.00 |
| STATE | M | 0 | 0.00 |

| AFTER-TAX DED. | Current | YTD |
|---|---|---|
| USEA | 24.60 | 293.52 |
| FSA ADMIN | 3.25 | 13.00 |

| TAXES | Current | YTD |
|---|---|---|
| OASDI | 111.58 | 1,405.31 |
| FIT | 48.72 | 1,269.93 |
| SIT | 62.63 | 871.02 |
| MEDI | 26.10 | 328.66 |

| Pre-Tax Ded. | Current | YTD |
|---|---|---|
| FLEXREIM | 200.00 | 800.00 |
| MEDICAL | 0.00 | 446.52 |

| Employer Paid | Current | YTD |
|---|---|---|
| URS NCER | 284.36 | 3,400.40 |
| MEDICAL | 0.00 | 1,488.48 |
| OASDI | 111.58 | 1,405.31 |
| 401K | 29.99 | 358.64 |
| MEDI | 26.10 | 328.66 |
| WC | 19.99 | 239.07 |
| LTD | 8.61 | 94.71 |
| LIFE/ADD | 1.59 | 19.08 |

| LEAVE BALANCE TYPE | BALANCE BEGIN | EARNED | USED | USED YTD | BALANCE END |
|---|---|---|---|---|---|
| Sick Leave Balance | 141.12 | 0.00 | 0.00 | 0.00 | 141.12 |
| Personal Leave | 91.60 | 0.00 | 0.00 | 0.00 | 91.60 |

**DIRECT DEPOSIT INFORMATION**

| BANK | ACCOUNT | AMOUNT |
|---|---|---|
| 324377765 | ****1680 | 1,522.82 |

1 of 1

Payroll Chec⌐ of 12/1/2009, Check # 7802643

Go to End of Page

**CAMILE C RALPHS**

EMP ID: 019496

DATE: 12/1/2009

PERIOD ENDING 12/1/2009

12/01/09

EFT NO. 07802643

| | GROSS | TAXABLE | NET PAY |
|---|---|---|---|
| CURRENT | 100.00 | 100.00 | 92.35 |
| YEAR TO DATE | 21,913.09 | 20,866.57 | 16,962.01 |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR | | | | 21,371.20 |
| OTHER | | | | 257.30 |
| STIPEND | | | 100.00 | 100.00 |
| FIELDTRP | | | | 162.24 |
| SUB | | | | 22.35 |

| TAX INFO | FEDERAL | | STATE | |
|---|---|---|---|---|
| FILE STATUS | M | | M | |
| EXEMPTIONS | 0 | | 0 | |
| ADDL TAX | 0.00 | | 0.00 | |

| AFTER-TAX DED. | Current | YTD |
|---|---|---|
| USFA | 0.00 | 268.92 |
| FSA ADMN | 0.00 | 9.75 |

| TAXES | Current | YTD |
|---|---|---|
| OASDI | 6.20 | 1,293.73 |
| FIT | 0.00 | 1,221.21 |
| SIT | 0.00 | 808.39 |
| MEDI | 1.45 | 302.56 |

| Pre-Tax Ded. | Current | YTD |
|---|---|---|
| FLEXREIM | 0.00 | 600.00 |
| MEDICAL | 0.00 | 446.52 |

| Employer Paid | Current | YTD |
|---|---|---|
| URS NCER | 14.22 | 3,116.04 |
| MEDICAL | 0.00 | 1,488.48 |
| OASDI | 6.20 | 1,293.73 |
| 401K | 1.50 | 328.65 |
| MEDI | 1.45 | 302.56 |
| WC | 1.00 | 219.08 |
| LTD | 0.00 | 86.10 |
| LIFE/ADD | 0.00 | 17.49 |

| LEAVE BALANCE TYPE | BALANCE BEGIN | EARNED | USED | USED YTD | BALANCE END |
|---|---|---|---|---|---|
| Sick Leave Balance | 141.12 | 0.00 | 0.00 | | 141.12 |
| Personal Leave | 91.60 | 0.00 | 0.00 | 92.35 | 91.60 |

## DIRECT DEPOSIT INFORMATION

| BANK | ACCOUNT | AMOUNT |
|---|---|---|
| 324377765 | ****1680 | 92.35 |

Return

Go to Top of Page

Payroll Check of 11/13/2009, Check # 7800845

https://wolfmin.provo.edu/employeeonline/functions/PayCheckInfo/PayChk.asp?Mode=V...

12/8/2009 2:56 PM

Go to End of Page

Go to Top of Page

Return

**CAMILLE C RALPHS**

EMP ID: 019496   DATE: 11/13/2009   EFT NO. 07800845

| | GROSS | TAXABLE | NET PAY |
|---|---|---|---|
| CURRENT | 2,150.35 | 1,950.35 | 1,637.39 |
| YEAR TO DATE | 21,813.09 | 20,766.57 | 16,869.66 |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR | 110.3 | 18.90 | 2,083.73 | 21,371.20 |
| OTHER | 3.0 | 9.79 | 29.37 | 257.30 |
| FIELDTRP | 2.5 | 14.90 | 37.25 | 162.24 |
| SUB | | | | 22.35 |

| TAX INFO | FEDERAL | STATE |
|---|---|---|
| FILE STATUS | M | M |
| EXEMPTIONS | 0 | 0 |
| ADDL TAX | 0.00 | 0.00 |

| PERIOD ENDING 11/30/09 | | |
|---|---|---|
| TAXES | Current | YTD |
| OASDI | 120.92 | 1,287.53 |
| FIT | 63.79 | 1,221.21 |
| SIT | 72.12 | 808.39 |
| MEDI | 28.28 | 301.11 |

| AFTER-TAX DED. | Current | YTD |
|---|---|---|
| USFA | 24.60 | 268.92 |
| FSA ADMN | 3.25 | 9.75 |

| Pre-Tax Ded. | Current | YTD |
|---|---|---|
| FLEXREIM | 200.00 | 600.00 |
| MEDICAL | 0.00 | 446.52 |

| Employer Paid | Current | YTD |
|---|---|---|
| URS NCER | 305.78 | 3,101.82 |
| MEDICAL | 0.00 | 1,488.48 |
| OASDI | 120.92 | 1,287.53 |
| 401K | 32.25 | 327.15 |
| MEDI | 28.28 | 301.11 |
| WC | 21.50 | 218.08 |
| LTD | 8.61 | 86.10 |
| LIFE/ADD | 1.59 | 17.49 |

| LEAVE BALANCE TYPE | BALANCE BEGIN | EARNED | USED | USED YTD | BALANCE END |
|---|---|---|---|---|---|
| Sick Leave Balance | 141.12 | 0.00 | 0.00 | | 141.12 |
| Personal Leave | 91.60 | 0.00 | 0.00 | | 91.60 |

## DIRECT DEPOSIT INFORMATION

| BANK | ACCOUNT | AMOUNT |
|---|---|---|
| 324377765 | ****1680 | 1,637.39 |

1 of 1