UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re:  Kenneth Alan Ralphs

Camille C Ralphs

Debtor(s).

Case No. 10-20934
Chapter 7

Trustee: Philip G. Jones

AMENDMENT DECLARATION

Please circle or underline amended material when appropriate.

1. PETITION: _____ REOPENING: Yes ____ No ____ CONVERSION (13 to 7): Yes ____ No ____
**When changing debtor's address, please file separate change of address form.**
**When amending, please submit the changes/additions only!**

2. SCHEDULES: A____ B____ C____ D____ E____ F____ G____ H____ I X  J____
Are you changing the address, amounts, etc., or adding a creditor?
**Changing ___ Adding ___ ($26 amendment fee required for D, E, & F; OR ____ IFP Waiver)**
Amending Schedule I for Joint Debtor to reflect withholding of income taxes

3. AMENDED AMOUNTS/TOTALS OF SCHEDULES: X
4. STATEMENT OF AFFAIRS: ____
5. AMENDED CHAPTER 13 PLAN: ___

If you have amended schedules D, E, F by adding a creditor, you owe $26.00 amendment fee. Fee attached_____

If schedules D, E, F were amended but no creditors added or adding a listed creditor's attorney, no fee necessary. No fee attached_____
**Reason no fee is attached**_____

**It is the debtor's responsibility to notify additional creditors by sending a 341 notice and/or Discharge Order to the creditors added to the schedules/matrix.**
A certificate of mailing to creditors should be filed with the Clerk's office (see below).

I declare under penalty of perjury that the information provided in this attached amendment is true and correct.

/s/ Kenneth Alan Ralphs     3/8/2010            /s/ Camille C. Ralphs     3/8/2010
Debtor                      Date                Debtor                    Date

U.S. Trustee's Office and Trustee in the case supplied copies of amendment(s)? Yes X  No ___

/s/ Jacob R. Powell
ATTORNEY FOR DEBTOR(S)

**CERTIFICATE OF MAILING**

I hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, to creditors of this estate as follows (please mark the appropriate lines(s):

____ 341 Notice to creditors added by this amendment.
____ Discharge Notice to creditors added by this amendment.
____ Amended Chapter 13 Plan to all creditors.

_____                    _____
DATED                              ATTORNEY FOR DEBTOR(S)

Rev 10/05

**B6 (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court
## District Of __UTAH__

In re   Kenneth Alan Ralphs and   ,                Case No.   _____
        Camille C Ralphs
                Debtor                              Chapter    7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | | $ 221,500 | | |
| B - Personal Property | YES | | $ 59,259.16 | | |
| C - Property Claimed as Exempt | YES | | | | |
| D - Creditors Holding Secured Claims | YES | | | $ 248,173 | |
| E - Creditors Holding Unsecured Priority Claims | YES | | | $ 0 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | | | $ 92,277 | |
| G - Executory Contracts and Unexpired Leases | YES | | | | |
| H - Codebtors | YES | | | | |
| I - Current Income of Individual Debtors | YES | | | | $ 3,387 |
| J - Current Expenses of Individual Debtors | YES | | | | $ 3,600 |
| **TOTAL** | | | $ 280,759.16 | $ 340,450 | |

B6I (Official Form 6I) (12/07)

**In re    Kenneth Alan Ralphs and Camille C Ralphs    ,    Case No.    _____**
                        **Debtor**                                                                    **(If known)**

# SCHEDULE I – CURRENT MONTHLY INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): None. | AGE(S): NA |
| Occupation | Disabled | School bus driver |
| Name of Employer | | Provo School District |
| How long employed | | 7 years |
| Address of Employer | | |

| | INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ | $ 1,500 |
| 2. | Estimate monthly overtime | $ | $ |
| 3. | SUBTOTAL | $ 0 | $ 1,500 |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes and social security | $ | 150 |
| | b. Insurance | $ | |
| | c. Union dues | $ | |
| | d. Other (Specify): _____ | $ | |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0 | $ 0 |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | $ 0 | $ 1,350 |
| 7. | Regular income from operation of business, profession or farm (attach detailed statement) | $ | $ |
| 8. | Income from real property | $ | $ |
| 9. | Interest and dividends | $ | $ |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| 11. | Social security or government assistance (Specify): _____ | $ | $ |
| 12. | Pension or retirement income | $ | $ |
| 13. | Other monthly income (Specify): _____ | $ 2,037 | $ |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $ 2,037 | $ 0 |
| 15. | AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | 2,037 | 1,350 |
| 16. | COMBINED AVERAGE MONTHLY INCOME (Combine totals from line 15) | $ 3,387 | |

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
_____