UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re:   Kenneth Alan Ralphs

        Camille C Ralphs

                      Debtor(s).

Case No. 10-20934
Chapter 7

Trustee: Philip Jones

AMENDMENT DECLARATION

Please circle or underline amended material when appropriate.

1.     PETITION: _____ REOPENING: Yes ____ No ____ CONVERSION (13 to 7): Yes ____ No ____
   **When changing debtor's address, please file separate change of address form.**
   **When amending, please submit the changes/additions only!**

2.     SCHEDULES: A____  B____  C_X_  D____  E____  F____  G____  H____  I____  J____
   Are you changing the address, amounts, etc., or adding a creditor?
         **Changing ___   Adding ___  ($26 amendment fee required for D, E, & F; OR ____ IFP Waiver)**

3.     AMENDED AMOUNTS/TOTALS OF SCHEDULES: ____
4.     STATEMENT OF AFFAIRS: ____
5.     AMENDED CHAPTER 13 PLAN: ___

> If you have amended schedules D, E, F by adding a creditor, you owe $26.00 amendment fee. Fee attached_____
>
> If schedules D, E, F were amended but no creditors added or adding a listed creditor's attorney, no fee necessary. No fee attached_____
> **Reason no fee is attached_____**

**It is the debtor's responsibility to notify additional creditors by sending a 341 notice and/or Discharge Order to the creditors added to the schedules/matrix.**
A certificate of mailing to creditors should be filed with the Clerk's office (see below).

> I declare under penalty of perjury that the information provided in this attached amendment is true and correct.
>
> /s/ Kenneth Alan Ralphs    4/16/2010          /s/ Camille C Ralphs    4/16/2010
> Debtor                    Date                Debtor                 Date

U.S. Trustee's Office and Trustee in the case supplied copies of amendment(s)? Yes _X_ No ___

/s/ Jacob R. Powell
ATTORNEY FOR DEBTOR(S)

**CERTIFICATE OF MAILING**

I hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, to creditors of this estate as follows (please mark the appropriate lines(s)):

    ____ 341 Notice to creditors added by this amendment.
    ____ Discharge Notice to creditors added by this amendment.
    ____ Amended Chapter 13 Plan to all creditors.

_____          _____
DATED                   ATTORNEY FOR DEBTOR(S)

                                                                                                                 Rev 10/05

B6C (Official Form 6C) (12/07)

In re **Kenneth Alan Ralphs and Camille C Ralphs**,     Case No.    **10-20934**
      **Debtor**                                               **(If known)**

# SCHEDULE C – PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
■ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 1092 North 800 West, Orem, UT 84057. (tax value 187,000. Comparables showed 220,000) | U.C.A. 78B-5-503 | $20,000 | $220,000 |
| Iron Blossom time share in Snowbird, Utah, for one week per year in Iron Blossom Lodge. Maintenance fees under $200 | U.C.A. 78B-5-503 | $1,500 | $1,500 |
| Wife's diamond wedding ring with yellow gold band | U.C.A. 78B-5-506(1)(d) | $1,000 | $1,000 |
| Alliance Whole Life Insurance Policy, insuring life of Husband, face amount $40,000, Wife is primary beneficiary. Monthly payment is $49. Created in about 1975. | U.C.A. 78B-5-505(a)(xi) | $10,000 | $10,000 |
| Reliastar Whole Life Insurance Policy, insuring life of Wife, face amount $150,000, Husband is primary beneficiary. Monthly payment is $150. Created in about 2003 or 2004. | U.C.A. 78B-5-505(a)(xii) | $9,000 | $9,000 |
| Sun Life Roth IRA, created in about 1998. No contributions made in last year. | U.C.A. 78B-5-505(a)(xiv) | $13,000 | $13,000 |
| Ing IRA, created in about 2001 or 2002 with rollover from employment-based account. No contributions made in last year. | U.C.A. 78B-5-505(a)(xiv) | $16,000 | $6,000 |
| 1999 Chevy Suburban 1500 in fair condition. Mileage is about 125,000. | U.C.A. 78B-5-506(3) | $2,500 | $2,855 |
| 1995 Lincoln Continental in fair condition. Mileage is about 130,000. | U.C.A. 78B-5-505(a)(xiv) | $2,500 | $1,825 |
| Four whole life insurance policies with Aviva life, insuring the life of four of Debtors' children, beneficiaries include Debtors and children's families. Policies were set up by Debtors. Created 2007 | U.C.A. 78B-5-505(a)(xii) | $1,000 | $1,000 |
| Washer, Dryer, Fridge, Freezer, Stove, Microwave, Carpets in Use, Sewing machine, Provisions sufficient for 12 months (food, household tools, daily dishes, silverware, small appliances, and provisions) | U.C.A. 78B-5-505(a)(viii) | $3,000 | $3,000 |
| Beds and bedding | U.C.A. 78B-5-505(a)(viii) | $200 | $200 |

**B6C (Official Form 6C) (12/07)**

In re  **Kenneth Alan Ralphs and Camille C Ralphs**  ,  Case No.  **10-20934**

**Debtor** (If known)

## SCHEDULE C – PROPERTY CLAIMED AS EXEMPT

| | | | |
|---|---|---|---|
| Two couches, three love seats, and an armchair | U.C.A. 78B-5-506(1)(a) | $500 | $500 |
| Kitchen hutch | U.C.A. 78B-5-506(1)(a) | $100 | $100 |
| 3 dressers | U.C.A. 78B-5-506(1)(a) | $75 | $75 |
| Kitchen table, one kitchen chair, and three classroom chairs used as kitchen chairs (original chairs broke) | U.C.A. 78B-5-506(1)(b) | $50 | $50 |
| Dining table and chairs | U.C.A. 78B-5-506(1)(b) | $200 | $200 |
| Books | U.C.A. 78B-5-506(1)(c) | $50 | $50 |
| Family pictures | U.C.A. 78B-5-505(a)(ix) | $5 | $5 |
| Backdrops used in wedding setup business | U.C.A. 78B-5-506(2) | $150 | $150 |
| Beads and fake flowers used in flower business | U.C.A. 78B-5-506(2) | $25 | $25 |
| Cricket machine for cutting paper, vinyl, etc. | U.C.A. 78B-5-506(2) | $50 | $50 |
| Clothes | U.C.A. 78B-5-505(a)(viii) | $200 | $200 |
| | | Total | $81,105 |

(Report also on Summary of Schedules.)