Aaron M. Waite, Esq.
Utah Bar No. 8992
R. Samuel Ehlers, Esq.
Utah Bar No. 10928
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
678 Vine Street, Unit 10
Murray, UT 84107
(801) 302-5486/(801) 263-7856 (facsimile)
Loan No.  xxxx7861 / Our File No. 10-04-5023-UT

Attorney for Secured Creditor
Washington Mutual Bank, FSB and any successors and/or assigns, Green Tree Servicing, LLC, as Servicer

**ECF FILED ON:**

APR 21 2010

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

| In re:<br>KENNETH ALAN RALPHS<br>CAMILLE C. RALPHS<br>Debtor(s) | CHAPTER 7<br>BANKRUPTCY NO.: 10-20934-RKM<br>DATE: May 19, 2010<br>TIME: 10:00 AM<br><br>RE: RE: 1973 SKYLINE  D17<br>VIN: 019412G |
|---|---|

### NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY WITH CERTIFICATE OF SERVICE

TO: **KENNETH ALAN RALPHS**
    **AND CAMILLE C. RALPHS**     **DEBTORS**
TO: **JACOB R. POWELL, ESQ.**     **ATTORNEY FOR THE DEBTOR(S)**
TO: **PHILLIP G. JONES TR.**       **CHAPTER 7 TRUSTEE**
TO: **ALL INTERESTED PARTIES**
TO: **THE CLERK OF THE ABOVE ENTITLED COURT**

**NOTICE IS HEREBY GIVEN** that a MOTION FOR RELIEF FROM THE AUTOMATIC STAY was filed herein on April 21, 2010, by Aaron M. Waite, Esquire, attorney of record for the Secured Creditor, Washington Mutual Bank, FSB and any successors and/or assigns, Green Tree Servicing, LLC, as Servicer.  The motion seeks to lift the stay to pursue any and all necessary steps to obtain full right, title and interest in the subject property located at  1973 SKYLINE  D17, VIN: 019412G, including, but not limited to, repossession and sale.

**NOTICE IS FURTHER GIVEN** that the hearing on the said motion will be held before

a United States Bankruptcy Court Judge at the , Courtroom 369, Salt Lake City, Utah 84101 on May 19, 2010 at 10:00 AM.

If you do not want the Court to grant relief from the automatic stay, or if you want the Court consider your views on the motion, then, on or before Monday, May 10, 2010 (15 days from the date of this notice plus 3 days for mailing), you or your attorney must:

1.     File a written response explaining your position with the Court at:

If you do not want the Court to grant relief from the automatic stay, or if you want the Court to

> United States Bankruptcy Court
> 350 South Main Street
> Salt Lake City, Utah 84101

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

2.     Serve a copy of your response upon the following via ECF or U.S. Mail:

> Aaron M. Waite, Esq.
> R. Samuel Ehlers, Esq.
> THE COOPER CASTLE LAW FIRM
> A Multi-Jurisdictional Law Firm
> 678 Vine Street, Unit 10
> Murray, UT 84107
> **Attorney for Secured Creditor**
>
> PHILLIP G. JONES TR.
> 853 WEST CENTER STREET
> OREM, UT 84057
> **Trustee**

3.     Attend the hearing scheduled as set forth above in this notice.

If you intend to call witness or make presentation of facts or law at this hearing that will extend beyond 5 minutes, please inform THE COOPER CASTLE LAW FIRM at once at (801) 302-5486, so that, in the event for such a presentation is inadequate, the hearing may be rescheduled on a date when there will be sufficient time on the Court's calendar.

If you or your attorney do not take these steps, the Court may decide that you do not oppose

-5-

the relief sought in the Motion and may enter an order granting relief.

**In the absence of a timely response/objection, the relief sought in the Motion may be granted without hearing under 11 U.S.C. Section 102(1) and Local Court Rule 4001-1.**

Be further advised that the debtors and Green Tree Servicing, LLC may, without further notice or hearing, settle between themselves the issues raised by the Motion pursuant to stipulation which allows the debtors to cure their arrearage and grants relief from the automatic stay to Washington Mutual Bank, FSB and any successors and/or assigns, Green Tree Servicing, LLC, as Servicer in the event the debtors fail to comply with the terms of the stipulation.

        **THE COOPER CASTLE LAW FIRM**
        A Multi-Jurisdictional Law Firm

        */s/ Aaron M. Waite, Esq.*
        Aaron M. Waite, Esq.
        R. Samuel Ehlers, Esq.
        THE COOPER CASTLE LAW FIRM
        A Multi-Jurisdictional Law Firm
        678 Vine Street, Unit 10
        Murray, UT 84107
        Attorneys for Secured Creditor
        Washington Mutual Bank, FSB and any successors and/or assigns, Green Tree Servicing, LLC, as Servicer

## CERTIFICATE OF SERVICE

The undersigned hereby declares and certifies that on April 21, 2010, a copy of the Secured Creditors MOTION FOR RELIEF FROM THE AUTOMATIC STAY and NOTICE OF MOTION was served on the parties through the following means:

**Electronically mailed to:**
COUNSEL FOR DEBTOR(S)
JACOB R. POWELL, ESQ.
jacob@ssmlegal.com

UNITED STATES TRUSTEE
U.S. Trustee
USTPRegion19.SK.ECF@usdoj.gov

**Depositing a copy in the United States Mail, postage prepaid and addressed to:**

Kenneth Alan Ralphs
Camille C. Ralphs
1092 North 800 West
Orem, UT 84057

Kenneth Alan Ralphs
Camille C. Ralphs
441 S. State St. 4A,
Orem, UT 84058

Philip G. Jones
853 West Center Street
Orem, UT 84057

I declare under penalty of perjury that the foregoing is true and correct.

_____/s/ Tyler Sharpe_____
An employee of THE COOPER CASTLE LAW FIRM