Philip G. Jones (1748)
Chapter 7 Trustee
853 West Center Street
Orem, Utah 84057
Telephone: (801) 224-5750
Fax: (801) 224-6345

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH

| In re: | Bankruptcy Case No. 10-20934 |
| --- | --- |
| RALPHS, KENNETH ALAN<br>RALPHS, CAMILLE C | Chapter 7<br><br>Judge: R. KIMBALL MOSIER |
| Debtor(s). | |

### ORDER ON STIPULATION TO FILE INCOME TAX RETURNS AND TURNOVER REFUNDS

This matter came before the Court on the Debtor's stipulation to the entry of this Order and good cause appearing, it is ORDERED:

1.  That Debtor(s) shall file income tax returns, provide copies of the tax returns to the Trustee, and turnover refunds; according to the terms in the Stipulation dated March 8, 2010.

**Filed: 04/23/10**

Approval as to form:

*/s/ Jacob R. Powell*
JACOB R. POWELL

----------------------------------------End of Document----------------------------------------

## COURT CERTIFICATE OF SERVICES

The undersigned hereby certifies that the foregoing ORDER ON STIPULATION TO FILE INCOME TAX RETURNS AND TURNOVER REFUNDS was mailed to the following persons by depositing the same in the United States Mail, first-class postage prepaid or by electronic filing, this _____ day of _____, 2010:

U.S. Trustee's Office
Boston Building, Suite 100
9 Exchange Place
Salt Lake City, Utah 84111

Philip G. Jones, tr
853 West Center Street
Orem, UT 84057

JACOB R. POWELL
SCRIBNER & MCCARDLESS P.C.
2696 N. UNIVERSITY AVE.
PROVO, UT 84604

RALPHS, KENNETH ALAN
1092 NORTH 800 WEST
OREM, UT 84057

RALPHS, CAMILLE C
1092 NORTH 800 WEST
OREM, UT 84057