**The below described is SIGNED.**

**Dated: May 27, 2010**


_____
 R. KIMBALL MOSIER
 U.S. Bankruptcy Judge



_____

Aaron M. Waite, Esq.
Utah Bar No. 8992
R. Samuel Ehlers, Esq.
Utah Bar No. 10928
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
678 Vine Street, Unit 10
Murray, UT 84107
(801) 302-5486/(801) 263-7856 (facsimile)
Loan No. xxxx7861 / Our File No. 10-04-5023-UT
Attorney for Secured Creditor Washington Mutual Bank, FSB and any successors and/or assigns,
Green Tree Servicing, LLC, as Servicer

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

| | |
|---|---|
| In re:<br>   KENNETH ALAN RALPHS<br>   CAMILLE C. RALPHS<br>         Debtor(s) | CHAPTER 7<br>BANKRUPTCY NO.: 10-20934-RKM<br>DATE: May 19, 2010<br>TIME: 10:00 AM |

**ORDER TERMINATING THE AUTOMATIC STAY**

Washington Mutual Bank, FSB and any successors and/or assigns, Green Tree Servicing, LLC, as Servicer ("Creditor") filed a Motion for Relief from the Automatic Stay. Debtors did not oppose relief from the stay but did object to Creditor's request for an award of attorney fees. Good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Automatic Stay in the above-entitled Bankruptcy case is terminated as to Secured Creditor, Washington Mutual Bank,

- 1 -

FSB and any successors and/or assigns, Green Tree Servicing, LLC, as Servicer, its assignees and/or successors in interest, regarding the personal property legally described as follows:

1973 MAK: SKYLINE D17

VIN # 019412G

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Creditor, and/or its successors and assigns, is permitted to proceed, pursuant to applicable non-bankruptcy law, to exercise all of its legal remedies and rights, including any right of assessment of reasonable fees and costs as provided by contract or statute, to enforce its lien against the above-described property.

Approved As To Form

Jacob R. Powell, Esq.
Counsel for Debtors

-------------------End of Document-------------------

## CERTIFICATE OF SERVICE

The undersigned hereby declares and certifies that on __5/26/10__, a copy of the Secured Creditors ORDER TERMINATING THE AUTOMATIC STAY was served on the parties through the following means:

**Electronically mailed to:**
COUNSEL FOR DEBTOR(S)
JACOB R. POWELL, ESQ.
jacob@ssmlegal.com


UNITED STATES TRUSTEE
U.S. Trustee
USTPRegion19.SK.ECF@usdoj.gov


**Depositing a copy in the United States Mail, postage prepaid and addressed to:**

Kenneth Alan Ralphs
Camille C. Ralphs
1092 North 800 West
Orem, UT 84057

Kenneth Alan Ralphs
Camille C. Ralphs
441 S. State St. 4A,
Orem, UT 84058

Philip G. Jones
853 West Center Street
Orem, UT 84057


I declare under penalty of perjury that the foregoing is true and correct.

_____Tyler Shane_____
UNITED STATE BANKRUPTCY COURT'S CLERK

- 4 -