Philip G. Jones (1748)
Chapter 7 Trustee
853 West Center Street
Orem, Utah 84057
Telephone: (801) 224-5750
Fax: (801) 224-6345
Email: PGJonesO@TheOmphalos.com

IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| In Re:<br><br>KENNETH ALAN RALPHS<br>1092 NORTH 800 WEST<br>OREM, UT 84057<br>SSN: xxx-xx-5530<br><br>CAMILLE C. RALPHS<br>1092 NORTH 800 WEST<br>OREM, UT 84057<br>SSN: xxx-xx-5600<br><br>Debtors. | Case No. 10-20934<br>Chapter 7<br><br>Judge: R. KIMBALL MOSIER |

TRUSTEE'S OBJECTION TO CLAIM #9 OF PHH MORTGAGE CORPORATION
_____

COMES NOW Philip G. Jones, the trustee of the above referenced bankruptcy case, and objects to claim number 9 filed by PHH Mortgage Corporation and in support thereof represents as follows:

1.      That claim number 9 filed by PHH Mortgage Corporation alleges a secured claim in the amount of $200,559.73.

2.      That the property securing claim number 9 filed by PHH Mortgage Corporation, has been abandoned to the debtor.

WHEREFORE, the Trustee prays that no payment be allowed on claim number 9 filed by

PHH Mortgage Corporation.

DATED this 6th day of January, 2011.

                                    /s/ Philip G. Jones
                                    PHILIP G. JONES
                                    Chapter 7 Trustee