Kent W. Plott (USB No. 5336)
Mark S. Middlemas (USB No. 9252)
Lundberg & Associates
3269 South Main Street, Suite 100
Salt Lake City, UT 84115
(801) 263-3400
(801) 263-6513 (fax)
LundbergECFmail@lundbergfirm.com

Attorneys for PHH Mortgage Corporation
L&A Case No. 10-93994

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>Kenneth Alan Ralphs and Camille C. Ralphs,<br><br>Debtors. | Bankruptcy No. 10-20934 RKM<br><br>(a Chapter 7 case)<br><br>Filed Electronically |

WITHDRAWAL OF CLAIM NO. 9

PHH Mortgage Corporation ("Creditor"), a secured creditor of the above-referenced debtors, withdraws Proof of Claim No. 9, which it filed with the above-entitled Court on June 4, 2010. With Court's entry of the Order Terminating the Automatic Stay on September 8, 2010, the matter has been resolved to the satisfaction of all concerned parties.

DATED: February 10, 2011.

        LUNDBERG & ASSOCIATES

        By ___/s/_____
        Mark S. Middlemas
        Attorneys for Creditor

### CERTIFICATE OF NOTIFICATION

I certify that on February 10, 2011 I sent a copy of the foregoing Withdrawal, electronically or by first class mail, to each of the following:

    Jacob R. Powell
    Scribner & McCardless, P.C.
    ECF
      Attorney for Debtors

    Philip G. Jones
    ECF
      Chapter 7 Trustee

    Kenneth Alan Ralphs
    Camille C. Ralphs
    1092 North 800 West
    Orem, UT 84057
      Debtors

      _____/s/_____
      Mark S. Middlemas