# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RALPHS, KENNETH ALAN | § | Case No. 10-20934 RKM |
| RALPHS, CAMILLE C | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on      . The undersigned trustee was appointed on             .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

      5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____      By:/s/PHILIP G. JONES, TRUSTEE_____
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 10-20934 | RKM | Judge: R. KIMBALL MOSIER | Trustee Name: | PHILIP G. JONES, TRUSTEE |
| --- | --- | --- | --- | --- | --- |
| Case Name: | RALPHS, KENNETH ALAN | | | Date Filed (f) or Converted (c): | 01/29/10 (f) |
| | RALPHS, CAMILLE C | | | 341(a) Meeting Date: | 03/08/10 |
| For Period Ending: | 07/25/11 | | | Claims Bar Date: | 06/22/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1092 NORTH 800 WEST, OREM, UT 84057 | 220,000.00 | 0.00 | DA | 0.00 | FA |
| 2. IRON BLOSSOM TIME SHARE SNOWBIRD UTAH | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 3. ALPINE CREDIT UNION CHECKING | 0.00 | 0.00 | DA | 0.00 | FA |
| 4. ALPINE CREDIT UNION SAVINGS 1 | 25.20 | 25.20 | | 25.20 | FA |
| 5. ALPINE CREDIT UNION SAVINGS 2 | 0.00 | 0.00 | DA | 0.00 | FA |
| 6. ALPINE CREDIT UNION BUSINESS CHECKING | 6.65 | 6.65 | | 6.65 | FA |
| 7. UTAH COMMUNITY CREDIT UNION SAVINGS | 19.00 | 19.00 | | 19.00 | FA |
| 8. UTAH COMMUNITY CREDIT UNION CHECKING | 0.00 | 14.96 | | 14.96 | FA |
| 9. UCCU SAVINGS HELD FOR GRANDCHILD B.R. | 134.97 | 0.00 | DA | 0.00 | FA |
| 10. UCCU SAVINGS HELD FOR GRANDCHILD C.R. | 134.97 | 0.00 | DA | 0.00 | FA |
| 11. UCCU SAVINGS HELD FOR GRANDCHILD N.R. | 134.97 | 0.00 | DA | 0.00 | FA |
| 12. UCCU SAVINGS HELD FOR GRANDCHILD H.R. | 134.97 | 0.00 | DA | 0.00 | FA |
| 13. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 14. UCCU SAVINGS HELD FOR GRANDCHILD C.R. | 134.97 | 0.00 | DA | 0.00 | FA |
| 15. UCCU SABINGS HELD FOR GRANDCHILD C.S. | 134.97 | 0.00 | DA | 0.00 | FA |
| 16. UCCU SAVINGS HELD FOR GRANDCHILD K.S. | 134.97 | 0.00 | DA | 0.00 | FA |
| 17. UCCU SAVINGS HELD FOR GRANDCHILD T.S. | 134.97 | 0.00 | DA | 0.00 | FA |
| 18. UCCU SAVINGS HELD FOR GRANDCHILD E.F. | 134.97 | 0.00 | DA | 0.00 | FA |
| 19. UCCU SAVINGS HELD FOR GRANDCHILD L.F. | 103.58 | 0.00 | DA | 0.00 | FA |
| 20. UCCU SAVINGS HELD FOR GRANDCHILD A.H. | 100.00 | 0.00 | DA | 0.00 | FA |
| 21. UCCU SAVINGS HELD FOR GRANDCHILD T.S. | 100.00 | 0.00 | DA | 0.00 | FA |
| 22. WASHER, DRYER, FRIDGE, FREEZER, STOVE, MICROWAVE CARPETS, SEWING MACHINE, PROVISIONS FOR 12 MONTHS | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 23. BEDS AND BEDDING | 200.00 | 0.00 | DA | 0.00 | FA |
| 24. SECOND REFRIGERATOR, VERY OLD | 25.00 | 0.00 | DA | 0.00 | FA |
| 25. SECOND SEWING MACHINE | 15.00 | 0.00 | DA | 0.00 | FA |

Case 10-20934 Doc 43 Filed 08/26/11 Entered 08/26/11 15:25:05 Desc Page 4 of 14

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

Case No: 10-20934 RKM Judge: R. KIMBALL MOSIER  Trustee Name: PHILIP G. JONES, TRUSTEE
Case Name: RALPHS, KENNETH ALAN  Date Filed (f) or Converted (c): 01/29/10 (f)
RALPHS, CAMILLE C  341(a) Meeting Date: 03/08/10
 Claims Bar Date: 06/22/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 26. TWO COUCHES, THREE LOVE SEATS, AND AN ARMCHAIR | 500.00 | 0.00 | DA | 0.00 | FA |
| 27. KITCHEN TABLE, ONE KITCHEN CHAIR, THREE CHAIRS | 50.00 | 0.00 | DA | 0.00 | FA |
| 28. DINING TABLE AND CHAIRS | 200.00 | 0.00 | DA | 0.00 | FA |
| 29. LARGE TELEVISION RC WILLEY DEBT | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 30. KITCHEN HUTCH | 100.00 | 0.00 | DA | 0.00 | FA |
| 31. 3 DRESSERS | 75.00 | 0.00 | DA | 0.00 | FA |
| 32. OLD RIDING LAWNMOWER | 50.00 | 0.00 | DA | 0.00 | FA |
| 33. GAS BARBEQUE GRILL | 150.00 | 0.00 | DA | 0.00 | FA |
| 34. DVD BLU RAY PLAYER | 100.00 | 0.00 | DA | 0.00 | FA |
| 35. VCR PLAYERS | 5.00 | 0.00 | DA | 0.00 | FA |
| 36. BOOKS | 100.00 | 0.00 | DA | 0.00 | FA |
| 37. FAMILY PICTURES | 5.00 | 0.00 | DA | 0.00 | FA |
| 38. PICTURES ON WALLS | 20.00 | 0.00 | DA | 0.00 | FA |
| 39. COIN COLLECTION FROM CHILDHOOD | 50.00 | 0.00 | DA | 0.00 | FA |
| 40. CLOTHES | 200.00 | 0.00 | DA | 0.00 | FA |
| 41. WIFE'S DIAMOND WEDDING RING | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 42. FAKE CUSTOM JEWELRY | 50.00 | 0.00 | DA | 0.00 | FA |
| 43. 30-06 RIFLE | 100.00 | 0.00 | DA | 0.00 | FA |
| 44. 308 RIFLE | 80.00 | 0.00 | DA | 0.00 | FA |
| 45. 45 HANDGUN | 50.00 | 0.00 | DA | 0.00 | FA |
| 46. 22 HANDGUN | 25.00 | 0.00 | DA | 0.00 | FA |
| 47. FISHING GEAR | 25.00 | 0.00 | DA | 0.00 | FA |
| 48. ALLIANCE WHOLE LIFE INSURANCE POLICY HUSBAND FACE AMOUNT $40,000, WIFE PRIMARY BENEFICIARY | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 49. RELIASTAR WHOLE LIFE INSURANCE POLICY WIFE | 9,000.00 | 0.00 | DA | 0.00 | FA |

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No:    10-20934    RKM    Judge: R. KIMBALL MOSIER    Trustee Name:    PHILIP G. JONES, TRUSTEE
Case Name:    RALPHS, KENNETH ALAN    Date Filed (f) or Converted (c):    01/29/10 (f)
　　　　　　RALPHS, CAMILLE C    341(a) Meeting Date:    03/08/10
　　　　　　　　　　　　　　　　　　　　　　　Claims Bar Date:    06/22/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 50. FOUR WHOLE LIFE INSURANCE POLICIES CHILDREN FACE AMOUNT $150,000. HUSBAND PRIMARY BENEFICIARY BENEFICIARIES INCLUDE DEBTORS AND CHILDREN'S FAMILIES | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 51. SUN LIFE ROTH IRA | 13,000.00 | 0.00 | DA | 0.00 | FA |
| 52. ING IRA | 16,000.00 | 0.00 | DA | 0.00 | FA |
| 53. 1999 CHEVY SUBURBAN MILES 125,000 | 2,855.00 | 0.00 | DA | 0.00 | FA |
| 54. 1995 LINCOLN CONTINENTAL MILES 130,000 | 1,825.00 | 0.00 | DA | 0.00 | FA |
| 55. CAMPING TRAVEL TRAILER | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 56. DELL DESKTOP WITH MONITOR AND PRINTER | 50.00 | 0.00 | DA | 0.00 | FA |
| 57. COMPUTER DESK | 5.00 | 0.00 | DA | 0.00 | FA |
| 58. OLD OFFICE DESK | 20.00 | 0.00 | DA | 0.00 | FA |
| 59. OLD FOUR-DRAWER FILE CABINET | 10.00 | 0.00 | DA | 0.00 | FA |
| 60. CRICKET MACHINE FOR CUTTING PAPER, VINYL, ETC | 50.00 | 0.00 | DA | 0.00 | FA |
| 61. BACKDROPS USED IN WEDDING SETUP BUSINESS | 150.00 | 0.00 | DA | 0.00 | FA |
| 62. BEDS AND FAKE FLOWERS USED IN FLOWER BUSINESS | 50.00 | 0.00 | DA | 0.00 | FA |
| 63. Tax Refund (u) | 0.00 | 1,232.00 | | 1,232.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.29 | Unknown |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)    $280,759.16    $1,297.81    　　　$1,298.10    $0.00
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 4
Exhibit A

| | | |
|---|---|---|
| Case No: | 10-20934   RKM   Judge: R. KIMBALL MOSIER | Trustee Name: PHILIP G. JONES, TRUSTEE |
| Case Name: | RALPHS, KENNETH ALAN | Date Filed (f) or Converted (c): 01/29/10 (f) |
| | RALPHS, CAMILLE C | 341(a) Meeting Date: 03/08/10 |
| | | Claims Bar Date: 06/22/10 |

Claims Objection Pending
Motion to Compel
Claim Review Pending
Awaiting state tax refund

Initial Projected Date of Final Report (TFR): 08/15/10    Current Projected Date of Final Report (TFR): 07/15/11

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 10-20934 -RKM | Trustee Name: | PHILIP G. JONES, TRUSTEE |
|---|---|---|---|
| Case Name: | RALPHS, KENNETH ALAN | Bank Name: | Union Bank |
| | RALPHS, CAMILLE C | Account Number / CD #: | *******9930  Union Bank |
| Taxpayer ID No: | *******1637 | | |
| For Period Ending: | 07/25/11 | Blanket Bond (per case limit): | $ 98,025,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/19/10 | 63 | UNITED STATES TREASURY | Tax Refund | 1224-000 | 975.00 | | 975.00 |
| 03/31/10 | INT | Union Bank | Interest Rate 0.050 | 1270-000 | 0.01 | | 975.01 |
| 04/24/10 | 63 | STATE OF UTAH | Tax Refund | 1224-000 | 257.00 | | 1,232.01 |
| 04/30/10 | INT | Union Bank | Interest Rate 0.050 | 1270-000 | 0.03 | | 1,232.04 |
| 05/28/10 | INT | Union Bank | Interest Rate 0.050 | 1270-000 | 0.03 | | 1,232.07 |
| 06/30/10 | INT | Union Bank | Interest Rate 0.050 | 1270-000 | 0.03 | | 1,232.10 |
| 07/30/10 | INT | Union Bank | Interest Rate 0.050 | 1270-000 | 0.03 | | 1,232.13 |
| 08/31/10 | INT | Union Bank | Interest Rate 0.050 | 1270-000 | 0.03 | | 1,232.16 |
| 09/11/10 | * NOTE * | ALPINE CREDIT UNION | BANK FUNDS | 1129-000 | 65.81 | | 1,297.97 |
| | | | * NOTE *  Properties 4, 6, 7, 8 | | | | |
| 09/30/10 | INT | Union Bank | Interest Rate 0.050 | 1270-000 | 0.03 | | 1,298.00 |
| 10/29/10 | INT | Union Bank | Interest Rate 0.050 | 1270-000 | 0.03 | | 1,298.03 |
| 11/30/10 | INT | Union Bank | Interest Rate 0.050 | 1270-000 | 0.03 | | 1,298.06 |
| 12/31/10 | INT | Union Bank | Interest Rate 0.050 | 1270-000 | 0.03 | | 1,298.09 |
| 01/31/11 | INT | Union Bank | Interest Rate 0.000 | 1270-000 | 0.01 | | 1,298.10 |
| 04/15/11 | | INTERNATIONAL SURETIES, LTD. | Blanket Bond Payment | 2300-000 | | 1.57 | 1,296.53 |
| | | 701 Poydras St., Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 05/11/11 | | Transfer to Acct #*******3327 | Final Posting Transfer | 9999-000 | | 1,296.53 | 0.00 |

Page Subtotals     1,298.10     1,298.10

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-20934 -RKM | Trustee Name: | PHILIP G. JONES, TRUSTEE |
|---|---|---|---|
| Case Name: | RALPHS, KENNETH ALAN | Bank Name: | Union Bank |
| | RALPHS, CAMILLE C | Account Number / CD #: | *******9930 Union Bank |
| Taxpayer ID No: | *******1637 | | |
| For Period Ending: | 07/25/11 | Blanket Bond (per case limit): | $ 98,025,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 1,298.10 | 1,298.10 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 1,296.53 | |
| | | | Subtotal | | 1,298.10 | 1.57 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 1,298.10 | 1.57 | |

Page Subtotals    0.00    0.00

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Page: 3

| Case No: | 10-20934 -RKM | Trustee Name: | PHILIP G. JONES, TRUSTEE |
|---|---|---|---|
| Case Name: | RALPHS, KENNETH ALAN | Bank Name: | Union Bank |
| | RALPHS, CAMILLE C | Account Number / CD #: | *******3327  Union Bank |
| Taxpayer ID No: | *******1637 | | |
| For Period Ending: | 07/25/11 | Blanket Bond (per case limit): | $ 98,025,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/11/11 | | Transfer from Acct #*******9930 | Transfer In From MMA Account | 9999-000 | 1,296.53 | | 1,296.53 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 1,296.53 | 0.00 | 1,296.53 |
| Less: Bank Transfers/CD's | 1,296.53 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Union Bank - ********9930 | 1,298.10 | 1.57 | 0.00 |
| Union Bank - ********3327 | 0.00 | 0.00 | 1,296.53 |
| | 1,298.10 | 1.57 | 1,296.53 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    1,296.53    0.00

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 10-20934 | | Page 1 | | | Date: July 25, 2011 |
| Debtor Name: | RALPHS, KENNETH ALAN | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000001 070 7100-00 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Unsecured | Filed 03/25/10 | $0.00 | $3,174.38 | $3,174.38 |
| 000002 070 7100-00 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Unsecured | Filed 03/25/10 | $0.00 | $5,902.55 | $5,902.55 |
| 000003 070 7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | Filed 04/03/10 | $0.00 | $20,287.50 | $20,287.50 |
| 000004 070 7100-00 | First National Bank of Omaha<br>1620 Dodge St<br>Stop Code 3105<br>Omaha, Nebraska 68105-0773 | Unsecured | Filed 04/05/10 | $0.00 | $6,987.89 | $6,987.89 |
| 000005 070 7100-00 | PYOD LLC its successors and assigns as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | Filed 04/07/10 | $0.00 | $18,771.49 | $18,771.49 |
| 000006 070 7100-00 | RC WILLEY FINANCIAL SERVICES<br>PO BOX 65320<br>SALT LAKE CITY, UT 84165-0320 | Unsecured | Filed 04/28/10 | $0.00 | $879.89 | $879.89 |
| 000007 070 7100-00 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | Filed 05/10/10 | $0.00 | $102.62 | $102.62 |
| 000008 070 7100-00 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | Filed 05/18/10 | $0.00 | $33,457.24 | $33,457.24 |
| 000010 070 7100-00 | GE Money Bank<br>Care of Recovery Management Systems Corp<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Unsecured | Filed 06/22/10 | $0.00 | $976.09 | $976.09 |
| 000009 050 4110-00 | PHH Mortgage Corporation<br>2001 Bishops Gate Blvd.<br>Mount Laurel, NJ 08054 | Secured | Filed 06/04/10<br>claim withdrawn 12/10/11 | $0.00 | $200,559.73 | $0.00 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 10-20934 | | Page 2 | | Date: July 25, 2011 |
| --- | --- | --- | --- | --- | --- |
| Debtor Name: | RALPHS, KENNETH ALAN | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| --- | --- | --- | --- | --- | --- | --- |
| | Case Totals: | | | $0.00 | $291,099.38 | $90,539.65 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-20934 RKM
Case Name: RALPHS, KENNETH ALAN
          RALPHS, CAMILLE C
Trustee Name: PHILIP G. JONES, TRUSTEE

Balance on hand                                             $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PHILIP G. JONES, TRUSTEE | $ | $ | $ |
| Trustee Expenses: PHILIP G. JONES, TRUSTEE | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____
Remaining Balance                                          $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ | $ | $ |
| 000002 | Discover Bank | $ | $ | $ |
| 000003 | Chase Bank USA, N.A. | $ | $ | $ |
| 000004 | First National Bank of Omaha | $ | $ | $ |
| 000005 | PYOD LLC its successors and assigns as assignee of | $ | $ | $ |
| 000006 | RC WILLEY FINANCIAL SERVICES | $ | $ | $ |
| 000007 | American Express Bank FSB | $ | $ | $ |
| 000008 | Fia Card Services, NA/Bank of America | $ | $ | $ |
| 000010 | GE Money Bank | $ | $ | $ |

Total to be paid to timely general unsecured creditors   $_____

Remaining Balance                                       $_____

  Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE