**The below described is SIGNED.**



**Dated: October 05, 2011** _____
                                              **R. KIMBALL MOSIER**
                                              **U.S. Bankruptcy Judge**

_____

Philip G. Jones
Chapter 7 Trustee
853 West Center Street
Orem, Utah 84057
Telephone: (801) 224-2119
Fax: (801) 224-6345

IN THE UNITED STATES BANKRUPTCY COURT FOR THE

DISTRICT OF UTAH

| | | |
|---|---|---|
| In re:  RALPHS, KENNETH ALAN | ) | |
|        RALPHS, CAMILLE C | ) | Case No. 10-20934-RKM |
| | ) | Chapter 7 |
| | ) | |
|        Debtor(s). | ) | |

**ORDER ALLOWING TRUSTEE'S APPLICATIONS FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES; ORDER ALLOWING PROFESSIONAL FEES; AND
ORDER AUTHORIZING PAYMENT OF DIVIDENDS TO CREDITORS**

The Trustee having filed a Final Report and Application for Compensation which has been reviewed by the United States Trustee, and the Court having specifically found that Notice of the Trustee's Final Report and Account before Distribution having been properly circulated to all creditors and parties in interest entitled to notice, and the Court having considered the Trustee's Final Report and Application for Compensation, as well as all applications for final compensation of professionals, pursuant to § 330, therefore

**IT IS ORDERED** that:

1.   The Trustee's Application for Compensation and Reimbursement of Expenses is allowed in the amount of $324.53 for Trustee's fees and $20.15 in costs and expenses for a total of $344.68.

2.   The Trustee is authorized, pursuant to Bankruptcy Law, to pay administrative costs and dividends to creditors as specified in the Trustee's Final Report.

- - - - - - - - - - - - - - - - - **End of Document**- - - - - - - - - - - - - - - - - - -

## CERTIFICATE OF MAILING

      The undersigned hereby certifies that on this _____ day of _____ 2011, a true and accurate copy of the foregoing Order was mailed, postage prepaid, to the following:


Philip G. Jones (1748)
TRUSTEE
853 West Center Street
Orem, UT  84057
Telephone: (801) 224-5750


UNITED STATES TRUSTEE
Ken Garff Building, Suite 300
405 South Main St.
Salt Lake City, Utah  84111

_____