# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                          §
                                                §
RALPHS, KENNETH ALAN                            §        Case No. 10-20934 RKM
RALPHS, CAMILLE C                               §
                                                §
              Debtor(s)                         §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

PHILIP G. JONES, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $               (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on                . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/PHILIP G. JONES, TRUSTEE _____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (5/1/2011) *(Page: 2)*

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | RC Willey Home Furnishings 2301 South 300 West Salt Lake City, UT 84115 | | | | | |
| | Wells Fargo Bank NV NA PO Box 31557 Billings, MT 59107 | | | | | |
| 000009 | PHH MORTGAGE CORPORATION | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP G. JONES | | | | | |
| PHILIP G. JONES | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| UNION BANK | | | | | |
| Union Bank | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alpine Credit Union 1510 North State St Orem, UT 84057 | | | | | |
| | Chase PO Box 7090 Mesa, AZ 85216 | | | | | |
| | Green Tree Servicing LLC 332 Minnesota St Ste 610 Saint Paul, MN 55101 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | AMERICAN EXPRESS BANK FSB | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000008 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000004 | FIRST NATIONAL BANK OF OMAHA | | | | | |
| 000010 | GE MONEY BANK | | | | | |
| 000005 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000006 | RC WILLEY FINANCIAL SERVICES | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page:    1

Exhibit 8

| | |
|---|---|
| Case No:    10-20934    RKM  Judge: R. KIMBALL MOSIER | Trustee Name:    PHILIP G. JONES, TRUSTEE |
| Case Name:  RALPHS, KENNETH ALAN | Date Filed (f) or Converted (c):  01/29/10 (f) |
| RALPHS, CAMILLE C | 341(a) Meeting Date:  03/08/10 |
| For Period Ending:  01/11/12 | Claims Bar Date:  06/22/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1092 NORTH 800 WEST, OREM, UT 84057 | 220,000.00 | 0.00 | DA | 0.00 | FA |
| 2. IRON BLOSSOM TIME SHARE SNOWBIRD UTAH | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 3. ALPINE CREDIT UNION CHECKING | 0.00 | 0.00 | DA | 0.00 | FA |
| 4. ALPINE CREDIT UNION SAVINGS 1 | 25.20 | 25.20 | | 25.20 | FA |
| 5. ALPINE CREDIT UNION SAVINGS 2 | 0.00 | 0.00 | DA | 0.00 | FA |
| 6. ALPINE CREDIT UNION BUSINESS CHECKING | 6.65 | 6.65 | | 6.65 | FA |
| 7. UTAH COMMUNITY CREDIT UNION SAVINGS | 19.00 | 19.00 | | 19.00 | FA |
| 8. UTAH COMMUNITY CREDIT UNION CHECKING | 0.00 | 14.96 | | 14.96 | FA |
| 9. UCCU SAVINGS HELD FOR GRANDCHILD B.R. | 134.97 | 0.00 | DA | 0.00 | FA |
| 10. UCCU SAVINGS HELD FOR GRANDCHILD C.R. | 134.97 | 0.00 | DA | 0.00 | FA |
| 11. UCCU SAVINGS HELD FOR GRANDCHILD N.R. | 134.97 | 0.00 | DA | 0.00 | FA |
| 12. UCCU SAVINGS HELD FOR GRANDCHILD H.R. | 134.97 | 0.00 | DA | 0.00 | FA |
| 13. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 14. UCCU SAVINGS HELD FOR GRANDCHILD C.R. | 134.97 | 0.00 | DA | 0.00 | FA |
| 15. UCCU SABINGS HELD FOR GRANDCHILD C.S. | 134.97 | 0.00 | DA | 0.00 | FA |
| 16. UCCU SAVINGS HELD FOR GRANDCHILD K.S. | 134.97 | 0.00 | DA | 0.00 | FA |
| 17. UCCU SAVINGS HELD FOR GRANDCHILD T.S. | 134.97 | 0.00 | DA | 0.00 | FA |
| 18. UCCU SAVINGS HELD FOR GRANDCHILD E.F. | 134.97 | 0.00 | DA | 0.00 | FA |
| 19. UCCU SAVINGS HELD FOR GRANDCHILD L.F. | 103.58 | 0.00 | DA | 0.00 | FA |
| 20. UCCU SAVINGS HELD FOR GRANDCHILD A.H. | 100.00 | 0.00 | DA | 0.00 | FA |
| 21. UCCU SAVINGS HELD FOR GRANDCHILD T.S. | 100.00 | 0.00 | DA | 0.00 | FA |
| 22. WASHER, DRYER, FRIDGE, FREEZER, STOVE, MICROWAVE CARPETS, SEWING MACHINE, PROVISIONS FOR 12 MONTHS | 3,000.00 | 0.00 | | 0.00 | FA |
| 23. BEDS AND BEDDING | 200.00 | 0.00 | DA | 0.00 | FA |
| 24. SECOND REFRIGERATOR, VERY OLD | 25.00 | 0.00 | DA | 0.00 | FA |
| 25. SECOND SEWING MACHINE | 15.00 | 0.00 | DA | 0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

Exhibit 8

Case No:    10-20934    RKM   Judge: R. KIMBALL MOSIER

Case Name:   RALPHS, KENNETH ALAN

RALPHS, CAMILLE C

Trustee Name:    PHILIP G. JONES, TRUSTEE

Date Filed (f) or Converted (c):    01/29/10 (f)

341(a) Meeting Date:    03/08/10

Claims Bar Date:    06/22/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 26. TWO COUCHES, THREE LOVE SEATS, AND AN ARMCHAIR | 500.00 | 0.00 | DA | 0.00 | FA |
| 27. KITCHEN TABLE, ONE KITCHEN CHAIR, THREE CHAIRS | 50.00 | 0.00 | DA | 0.00 | FA |
| 28. DINING TABLE AND CHAIRS | 200.00 | 0.00 | DA | 0.00 | FA |
| 29. LARGE TELEVISION | 1,000.00 | 0.00 | DA | 0.00 | FA |
| RC WILLEY DEBT | | | | | |
| 30. KITCHEN HUTCH | 100.00 | 0.00 | DA | 0.00 | FA |
| 31. 3 DRESSERS | 75.00 | 0.00 | DA | 0.00 | FA |
| 32. OLD RIDING LAWNMOWER | 50.00 | 0.00 | DA | 0.00 | FA |
| 33. GAS BARBEQUE GRILL | 150.00 | 0.00 | DA | 0.00 | FA |
| 34. DVD BLU RAY PLAYER | 100.00 | 0.00 | DA | 0.00 | FA |
| 35. VCR PLAYERS | 5.00 | 0.00 | DA | 0.00 | FA |
| 36. BOOKS | 100.00 | 0.00 | DA | 0.00 | FA |
| 37. FAMILY PICTURES | 5.00 | 0.00 | DA | 0.00 | FA |
| 38. PICTURES ON WALLS | 20.00 | 0.00 | DA | 0.00 | FA |
| 39. COIN COLLECTION FROM CHILDHOOD | 50.00 | 0.00 | DA | 0.00 | FA |
| 40. CLOTHES | 200.00 | 0.00 | DA | 0.00 | FA |
| 41. WIFE'S DIAMOND WEDDING RING | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 42. FAKE CUSTOM JEWELRY | 50.00 | 0.00 | DA | 0.00 | FA |
| 43. 30-06 RIFLE | 100.00 | 0.00 | DA | 0.00 | FA |
| 44. 308 RIFLE | 80.00 | 0.00 | DA | 0.00 | FA |
| 45. 45 HANDGUN | 50.00 | 0.00 | DA | 0.00 | FA |
| 46. 22 HANDGUN | 25.00 | 0.00 | DA | 0.00 | FA |
| 47. FISHING GEAR | 25.00 | 0.00 | DA | 0.00 | FA |
| 48. ALLIANCE WHOLE LIFE INSURANCE POLICY HUSBAND | 5,000.00 | 0.00 | DA | 0.00 | FA |
| FACE AMOUNT $40,000, WIFE PRIMARY BENEFICIARY | | | | | |
| 49. RELIASTAR WHOLE LIFE INSURANCE POLICY WIFE | 9,000.00 | 0.00 | DA | 0.00 | FA |

Ver: 16.04e

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 3

Exhibit 8

| Case No: | 10-20934   RKM   Judge: R. KIMBALL MOSIER | Trustee Name: | PHILIP G. JONES, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | RALPHS, KENNETH ALAN | Date Filed (f) or Converted (c): | 01/29/10 (f) |
| | RALPHS, CAMILLE C | 341(a) Meeting Date: | 03/08/10 |
| | | Claims Bar Date: | 06/22/10 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | FACE AMOUNT $150,000. HUSBAND PRIMARY BENEFICIARY | | | | | |
| 50. | FOUR WHOLE LIFE INSURANCE POLICIES CHILDREN BENEFICIARIES INCLUDE DEBTORS AND CHILDREN'S FAMILIES | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 51. | SUN LIFE ROTH IRA | 13,000.00 | 0.00 | DA | 0.00 | FA |
| 52. | ING IRA | 16,000.00 | 0.00 | DA | 0.00 | FA |
| 53. | 1999 CHEVY SUBURBAN MILES 125,000 | 2,855.00 | 0.00 | DA | 0.00 | FA |
| 54. | 1995 LINCOLN CONTINENTAL MILES 130,000 | 1,825.00 | 0.00 | DA | 0.00 | FA |
| 55. | CAMPING TRAVEL TRAILER | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 56. | DELL DESKTOP WITH MONITOR AND PRINTER | 50.00 | 0.00 | DA | 0.00 | FA |
| 57. | COMPUTER DESK | 5.00 | 0.00 | DA | 0.00 | FA |
| 58. | OLD OFFICE DESK | 20.00 | 0.00 | DA | 0.00 | FA |
| 59. | OLD FOUR-DRAWER FILE CABINET | 10.00 | 0.00 | DA | 0.00 | FA |
| 60. | CRICKET MACHINE FOR CUTTING PAPER, VINYL, ETC | 50.00 | 0.00 | DA | 0.00 | FA |
| 61. | BACKDROPS USED IN WEDDING SETUP BUSINESS | 150.00 | 0.00 | DA | 0.00 | FA |
| 62. | BEDS AND FAKE FLOWERS USED IN FLOWER BUSINESS | 50.00 | 0.00 | DA | 0.00 | FA |
| 63. | Tax Refund (u) | 0.00 | 1,232.00 | | 1,232.00 | FA |
| INT. | Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.29 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $280,759.16          $1,297.81          $1,298.10          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:     4

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 10-20934    RKM    Judge: R. KIMBALL MOSIER | Trustee Name: | PHILIP G. JONES, TRUSTEE |
| Case Name: | RALPHS, KENNETH ALAN | Date Filed (f) or Converted (c): | 01/29/10 (f) |
| | RALPHS, CAMILLE C | 341(a) Meeting Date: | 03/08/10 |
| | | Claims Bar Date: | 06/22/10 |

Claims Objection Pending

Motion to Compel

Claim Review Pending

Awaiting state tax refund

Initial Projected Date of Final Report (TFR): 08/15/10          Current Projected Date of Final Report (TFR): 07/15/11

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-20934  -RKM | Trustee Name: | PHILIP G. JONES, TRUSTEE |
|---|---|---|---|
| Case Name: | RALPHS, KENNETH ALAN | Bank Name: | Union Bank |
| | RALPHS, CAMILLE C | Account Number / CD #: | *******9930  Union Bank |
| Taxpayer ID No: | *******1637 | | |
| For Period Ending: | 01/11/12 | Blanket Bond (per case limit): | $ 98,025,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/19/10 | 63 | UNITED STATES TREASURY | Tax Refund | 1224-000 | 975.00 | | 975.00 |
| 03/31/10 | INT | Union Bank | Interest Rate  0.050 | 1270-000 | 0.01 | | 975.01 |
| 04/24/10 | 63 | STATE OF UTAH | Tax Refund | 1224-000 | 257.00 | | 1,232.01 |
| 04/30/10 | INT | Union Bank | Interest Rate  0.050 | 1270-000 | 0.03 | | 1,232.04 |
| 05/28/10 | INT | Union Bank | Interest Rate  0.050 | 1270-000 | 0.03 | | 1,232.07 |
| 06/30/10 | INT | Union Bank | Interest Rate  0.050 | 1270-000 | 0.03 | | 1,232.10 |
| 07/30/10 | INT | Union Bank | Interest Rate  0.050 | 1270-000 | 0.03 | | 1,232.13 |
| 08/31/10 | INT | Union Bank | Interest Rate  0.050 | 1270-000 | 0.03 | | 1,232.16 |
| 09/11/10 | * NOTE * | ALPINE CREDIT UNION | BANK FUNDS | 1129-000 | 65.81 | | 1,297.97 |
| | | | * NOTE *  Properties 4, 6, 7, 8 | | | | |
| 09/30/10 | INT | Union Bank | Interest Rate  0.050 | 1270-000 | 0.03 | | 1,298.00 |
| 10/29/10 | INT | Union Bank | Interest Rate  0.050 | 1270-000 | 0.03 | | 1,298.03 |
| 11/30/10 | INT | Union Bank | Interest Rate  0.050 | 1270-000 | 0.03 | | 1,298.06 |
| 12/31/10 | INT | Union Bank | Interest Rate  0.050 | 1270-000 | 0.03 | | 1,298.09 |
| 01/31/11 | INT | Union Bank | Interest Rate  0.000 | 1270-000 | 0.01 | | 1,298.10 |
| 04/15/11 | | INTERNATIONAL SURETIES, LTD. | Blanket Bond Payment | 2300-000 | | 1.57 | 1,296.53 |
| | | 701 Poydras St., Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 05/11/11 | | Transfer to Acct #*******3327 | Final Posting Transfer | 9999-000 | | 1,296.53 | 0.00 |

| | Page Subtotals | 1,298.10 | 1,298.10 |
|---|---|---|---|

Ver: 16.04e

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-20934  -RKM | |
| Case Name: | RALPHS, KENNETH ALAN | |
| | RALPHS, CAMILLE C | |
| Taxpayer ID No: | *******1637 | |
| For Period Ending: | 01/11/12 | |

| | |
|---|---|
| Trustee Name: | PHILIP G. JONES, TRUSTEE |
| Bank Name: | Union Bank |
| Account Number / CD #: | *******9930  Union Bank |
| Blanket Bond (per case limit): | $ 98,025,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 1,298.10 | 1,298.10 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 1,296.53 | |
| | | | Subtotal | | 1,298.10 | 1.57 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 1,298.10 | 1.57 | |

Page Subtotals                 0.00              0.00

Ver: 16.04e

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-20934  -RKM | Trustee Name: | PHILIP G. JONES, TRUSTEE |
|---|---|---|---|
| Case Name: | RALPHS, KENNETH ALAN | Bank Name: | Union Bank |
| | RALPHS, CAMILLE C | Account Number / CD #: | *******3327  Union Bank |
| Taxpayer ID No: | *******1637 | | |
| For Period Ending: | 01/11/12 | Blanket Bond (per case limit): | $ 98,025,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/11/11 | | Transfer from Acct #*******9930 | Transfer In From MMA Account | 9999-000 | 1,296.53 | | 1,296.53 |
| 09/26/11 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 2.46 | 1,294.07 |
| 12/12/11 | | UNION BANK | Bank Service Fee Reversal | 2600-000 | 2.46 | | 1,296.53 |
| 12/12/11 | 003001 | PHILIP G. JONES | Chapter 7 Compensation/Expense | | | 343.11 | 953.42 |
| | | 853 WEST CENTER STREET | | | | | |
| | | OREM, UT  84057 | | | | | |
| | | | Fees            324.53 | 2100-000 | | | |
| | | | Expenses        18.58 | 2200-000 | | | |
| 12/12/11 | 003002 | Discover Bank | Claim 000001, Payment 1.05% | 7100-000 | | 33.43 | 919.99 |
| | | Dfs Services LLC | | | | | |
| | | PO Box 3025 | | | | | |
| | | New Albany, Ohio  43054-3025 | | | | | |
| 12/12/11 | 003003 | Discover Bank | Claim 000002, Payment 1.05% | 7100-000 | | 62.16 | 857.83 |
| | | Dfs Services LLC | | | | | |
| | | PO Box 3025 | | | | | |
| | | New Albany, Ohio  43054-3025 | | | | | |
| 12/12/11 | 003004 | Chase Bank USA, N.A. | Claim 000003, Payment 1.05% | 7100-000 | | 213.63 | 644.20 |
| | | PO Box 15145 | | | | | |
| | | Wilmington, DE 19850-5145 | | | | | |
| 12/12/11 | 003005 | First National Bank of Omaha | Claim 000004, Payment 1.05% | 7100-000 | | 73.59 | 570.61 |
| | | 1620 Dodge St | | | | | |
| | | Stop Code 3105 | | | | | |
| | | Omaha, Nebraska 68105-0773 | | | | | |
| 12/12/11 | 003006 | PYOD LLC its successors and assigns as assignee of Citibank | Claim 000005, Payment 1.05% | 7100-000 | | 197.67 | 372.94 |
| | | c/o Resurgent Capital Services | | | | | |
| | | PO Box 19008 | | | | | |
| | | Greenville, SC 29602- | | | | | |

|  |  | Page Subtotals | 1,298.99 | 926.05 |
|---|---|---|---|---|

Ver: 16.04e

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 10-20934 -RKM | Trustee Name: | PHILIP G. JONES, TRUSTEE |
|---|---|---|---|
| Case Name: | RALPHS, KENNETH ALAN | Bank Name: | Union Bank |
| | RALPHS, CAMILLE C | Account Number / CD #: | *******3327 Union Bank |
| Taxpayer ID No: | *******1637 | | |
| For Period Ending: | 01/11/12 | Blanket Bond (per case limit): | $ 98,025,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/12/11 | 003007 | RC WILLEY FINANCIAL SERVICES<br>PO BOX 65320<br>SALT LAKE CITY, UT 84165-0320 | Claim 000006, Payment 1.05% | 7100-000 | | 9.27 | 363.67 |
| 12/12/11 | 003008 | United States Bankruptcy Court<br>UT | Claim 000007, Payment 1.05%<br>American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | 7100-000 | | 1.08 | 362.59 |
| 12/12/11 | 003009 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000008, Payment 1.05% | 7100-000 | | 352.32 | 10.27 |
| 12/12/11 | 003010 | GE Money Bank<br>Care of Recovery Management Systems Corp<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Claim 000010, Payment 1.05% | 7100-000 | | 10.27 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 1,298.99 | 1,298.99 | 0.00 |
| Less: Bank Transfers/CD's | 1,296.53 | 0.00 | |
| Subtotal | 2.46 | 1,298.99 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 2.46 | 1,298.99 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Union Bank - *******9930 | 1,298.10 | 1.57 | 0.00 |
| Union Bank - *******3327 | 2.46 | 1,298.99 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 1,300.56 | 1,300.56 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals                0.00              372.94

Ver: 16.04e

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-20934  -RKM | |
| Case Name: | RALPHS, KENNETH ALAN | |
| | RALPHS, CAMILLE C | |
| Taxpayer ID No: | *******1637 | |
| For Period Ending: | 01/11/12 | |

| | |
|---|---|
| Trustee Name: | PHILIP G. JONES, TRUSTEE |
| Bank Name: | Union Bank |
| Account Number / CD #: | *******3327  Union Bank |
| Blanket Bond (per case limit): | $ 98,025,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Union Bank - ********9930 | | | Transfers) | To Debtors) | On Hand |
| | | Union Bank - ********3327 | | | | | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 16.04e

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*